# In the United States Court of Federal Claims

No. 21-1713

(Filed: 25 October 2021[1])

```
*************************************
G4S SECURE INTEGRATION LLC, et al.,   *
                                      *
                Plaintiffs,           *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
                Defendant,            *
                                      *
and                                   *
                                      *
GARDA WORLD/                          *
TRANSGUARD GROUP JOINT VENTURE,       *
                                      *
                Defendant-Intervenor. *
                                      *
*************************************
```

**ORDER**

On 20 October 2021, pursuant to Rule 52.2 of the Rules of the Court of Federal Claims ("RCFC"), the government filed an unopposed motion to stay all proceedings and voluntarily remand this case to the Department of State. *See* Def.'s Unopposed Mot. for Vol. Remand, ECF No. 24. In its motion, the government states: "[a] remand is appropriate because it will provide the agency with an opportunity to reconsider the award decision at issue in light of G4S's allegations and any new information gathered during the proposed remand." *Id.* at 2. The government asserts "the agency potentially could make decisions that could moot this action, in whole or in part, and may obviate the need for further litigation in this Court." *Id.* The Court accordingly adopts the parties' proposed procedure for remand and orders the following:

1. The Court **GRANTS** the government's motion for voluntary remand pursuant to RCFC 52.2;

---

[1] This Order was originally filed under seal on 20 October 2021, ECF No. 25, pursuant to the protective order in this case. The Court provided the parties the opportunity to review this Order for any proprietary, confidential, or other protected information and submit proposed redactions. The parties reviewed the Order and informed the Court they had no proposed redactions. Accordingly, the Court reissues this Order unaltered and without redactions.

2. The Court **REMANDS** this case to the Department of State for reconsideration of the award decision and any further administrative actions consistent with that reconsideration;

3. The Court authorizes the parties to submit any further information the agency may request during the remand in accordance with the procedures set forth in Federal Acquisition Regulation 15.306–.307;

4. The remand **SHALL** terminate on or before **20 December 2021**;

5. The Court **STAYS** all further proceedings in this case pending completion of the remand;

6. The parties **SHALL FILE** a joint status report within five days of the conclusion of the remand proceedings, indicating their respective positions on whether the agency's decision affords a satisfactory basis for disposition of this case, or whether further proceedings before the Court are necessary and, if so, a proposed date for defendant to file the administrative record associated with the remand proceedings, and a proposed briefing schedule on the merits for the Court's consideration.

**IT IS SO ORDERED.**

s/ Ryan T. Holte
RYAN T. HOLTE
Judge